IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

|  |  |
|---|---|
| KORRIE FLUGGE and DAVID FLUGGE,<br><br>               Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CV 21-95-H-KLD<br><br><br>ORDER |

The parties having filed a stipulation to dismiss this case with prejudice following a compromise settlement, and good cause appearing,

IT IS ORDERED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is hereby DISMISSED WITH PREJUDICE, each party to bear its costs and fees, if any.

DATED this 17th day of March, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge